## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**United States of America** )
)
   **vs.** )  **Criminal Number 08-141**
)
**BAO PING ZHENG** )

*The above named defendant satisfied the judgment of APRIL 15, 2008*
*by paying on AUGUST 15, 2008  the full  balance due on his/her court ordered:*

   __X__ _Assessment_
   __X__ _Fine_
   _____ _Costs_
   _____ _other_

*The Court's docket and judgment index should be marked to reflect*
*satisfaction of the judgment.*

_____  8-15-08
**Deputy Clerk**         **Date**